885 A.2d 439

IN THE MATTER OF LEE D. GOTTESMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 016721981).

November 16, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–212, concluding that **LEE D. GOTTESMAN** of **TOMS RIVER,** who was admitted to the bar of this State in 1981, should be censured for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **LEE D. GOTTESMAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.